United States District Court
Southern District of Texas
FILED

MAR 2 9 2004

Michael N. Milby
Clerk of Court

Miguel Supinio Carrillo Reg. No: 18123-179
Plaintiff's name and ID Number

Reeves County Det. Cent. / P.O. Box 1560
Pecos, Texas 79772
Place of Confinement

MIGUEL SUPINIO CARRILLO

v.

UNITED STATES OF AMERICA
Defendant's name and address

CASE NO. __B-04-056__
(Clerk will assign the number)

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, __MIGUEL SUPINIO CARRILLO__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment        Yes☐  No☒
   b. Rent payments, interest or dividends?                Yes☐  No☒
   c. Pensions, annuities or life insurance payments?     Yes☐  No☒
   d. Gifts or inheritances?                               Yes☐  No☒
   e. Family or friends?                                   Yes☐  No☒
   f. Any other sources?                                   Yes☐  No☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____
   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐        No☒
   If you answered YES, state the total value of the items owned.

   _____
   _____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐          No ☒

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __15__ day of __MARCH__, 2004

__M.S.C.__        __18123-179__
Signature of Plaintiff      ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

# REEVES COUNTY DETENTION CENT
## Inmate Statement

**REG #:** 18123-179   **Inmate Name:** SUPINIO-CARRILO, MIGUEL

**RCDC#:** 75543   **Avail. Balance:** $17.39

| DATE | TIME | FROM | TO | RCPT# | AMOUNT | COMMENT | WHO |
|---|---|---|---|---|---|---|---|
| 03-05-2004 | 15:44 | IPAY | PPAY | 566271 | 16.80 | B-Wing Orderly | ipp |
| 02-10-2004 | 15:40 | IMTR | COMS | 556359 | -16.95 | Commissary Sale | munez |
| 02-06-2004 | 13:52 | IPAY | PPAY | 553375 | 16.80 | B-Wing Orderly | ipp |
| 01-20-2004 | 13:49 | IMTR | COMS | 546559 | -8.90 | Commissary Sale | munez |
| 01-13-2004 | 14:18 | IMTR | COMS | 544221 | -16.78 | Commissary Sale | llozano |
| 01-09-2004 | 16:19 | IPAY | BPAY | 541369 | 8.40 | B-Wing Orderly | ipp |
| 01-09-2004 | 16:19 | IPAY | PPAY | 541368 | 16.80 | B-Wing Orderly | ipp |
| 12-29-2003 | 10:12 | IMTR | COMS | 536114 | 0.00 | Commissary Sale | joann |
| 12-09-2003 | 15:21 | IMTR | COMS | 529340 | -16.95 | Commissary Sale | munez |
| 12-05-2003 | 16:22 | IPAY | PPAY | 526281 | 16.80 | B-Wing Orderly | ipp |
| 11-11-2003 | 13:55 | IMTR | COMS | 516773 | -16.20 | Commissary Sale | ccampos |
| 11-07-2003 | 16:35 | IPAY | PPAY | 513362 | 16.80 | B-Wing Orderly | ipp |
| 10-07-2003 | 14:02 | IMTR | COMS | 501648 | -25.08 | Commissary Sale | ccampos |
| 10-03-2003 | 15:46 | IPAY | BPAY | 498485 | 8.40 | B-Wing Orderly | ipp |
| 10-03-2003 | 15:46 | IPAY | PPAY | 498484 | 16.80 | B-Wing Orderly | ipp |
| 09-09-2003 | 14:00 | IMTR | COMS | 489146 | -16.40 | Commissary Sale | llozano |
| 09-05-2003 | 15:15 | IPAY | PPAY | 485715 | 16.80 | B-Wing Orderly | ipp |
| 08-19-2003 | 13:42 | IMTR | COMS | 479546 | -6.50 | Commissary Sale | ccampos |
| 08-12-2003 | 14:15 | IMTR | COMS | 476318 | -11.90 | Commissary Sale | llozano |
| 08-08-2003 | 08:05 | IPAY | PPAY | 472918 | 16.80 | B-Wing Orderly | ipp |
| 07-08-2003 | 14:13 | IMTR | COMS | 461580 | -14.95 | Commissary Sale | munez |
| 07-07-2003 | 07:57 | IPAY | PPAY | 458250 | 16.80 | B-Wing Orderly | ipp |
| 05-23-2003 | 23:56 | BEGB | IMTR | 0 | 0.00 | INITIAL BALANCE | jabila |