United States District Court
Southern District of Texas
ENTERED
JUN 0 4 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahmad

United States District Court
Southern District of Texas
FILED
JUN 0 4 2004
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIGUEL SUPINIO CARRILLO, Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. B-04-056 |
| | § | (Cr. No. B-02-542) |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

## ORDER

The Petitioner's Application to Proceed In Forma Pauperis is hereby GRANTED. Let the Petitioner proceed without prepayment of costs or fees or the necessity of giving security therefor.

In addition, the Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence by August 4, 2004. Said response shall include a transcript of the plea and the sentencing record.

IT IS SO ORDERED.

DONE in Brownsville, Texas this 4th day of June, 2004.

_____
Felix Recio
United States Magistrate Judge