UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| MIGUEL SUPINIO CARRILLO,<br>Petitioner, | §<br>§<br>§ |
| v. | §    CIVIL CASE NO. B-04-056 |
| | §    (CRIM. CASE NO. B-02-542) |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of the Magistrate Judge in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is therefore ORDERED, ADJUDGED, and DECREED that the Government's Motion to Dismiss (Docket No. 4) is hereby GRANTED and the Petitioner's Application for § 2255 relief (Docket No. 1) is hereby DENIED.

IT IS SO ORDERED.

DONE at Brownsville, Texas this 3 day of November, 2004.

_____
Hilda G. Tagle
United States District Judge